**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: RIQUEL GONZALEZ SALCERIO	Case No: 22-16008-RAM
    and TERESA N. RIVERO,
        Debtors.	/	Chapter 13

## DEBTORS' EXPEDITED MOTION FOR CONTINUATION OF THE AUTOMATIC STAY AS TO ALL CREDITORS

Debtors, RIQUEL GONZALEZ SALCERIO and TERESA N. RIVERO, move this Court to continue the automatic stay as to all creditors pursuant to 11 § USC 362(c)(3)(B), and in support state as follows:

1. Debtors filed this voluntary Chapter 13 petition on August 3, 2022;

2. Debtors had a previous Chapter 13 case pending within the past year (Case No. 21-22123-AJC);

3. Debtors did not have 2 or more cases pending within the last year;

4. Debtors' previous Chapter 13 was not dismissed for failure to file paperwork or to make any requested amendments, for failure to pay adequate protection, or for failure to perform the terms of a confirmed plan;

5. There has been a substantial change in the Debtors' financial or personal affairs since the dismissal of their previous Chapter 13 sufficient for this Cout to conclude that this case will result in a confirmed plan that will be fully performed (i.e., Debtors consummated a de facto post-petition refinance of their homestead indebtedness, the underlying note of which had ballooned, by "sale" of their homestead to their son); and

6. Debtors' previous Chapter 13 case was voluntarily dismissed due to their receipt and acceptance of bad advice from persons involved in the refinance transaction noted above.

WHEREFORE, Debtors, RIQUEL GONZALEZ SALCERIO and TERESA N. RIVERO, respectfully pray that this Honorable Court enter an order continuing the automatic stay indefinitely as to all creditors on the grounds as set forth above.

Submitted By:

/s/ James Schwitalla, Esquire
James Schwitalla, Esquire
F.B.N. 911488
Attorney for the Debtors
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811